1  Pamela A. McKay (SBN 7812)
2  **MCKAY & NORDSTROM, PLLC**
   9320 Sun City Blvd., Suite 104
   Las Vegas, NV 89134
3  Phone: 702-835-6956
   Fax: 702- 835-6957
4  pmckay@mckaynordstrom.com

5  Attorneys for Plaintiff/Counter-Defendant
   ATAIN SPECIALTY INSURANCE COMPANY
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF NEVADA

9

10 ATAIN SPECIALTY INSURANCE          ) CASE NO.  3:15-cv-00406-MMD-VPC
   COMPANY, a Michigan corporation    )
11                                     )
                                       ) STIPULATION FOR EXTENSION OF TIME
12          Plaintiff,                 ) FOR ATAIN SPECIALTY INSURANCE
                                       ) COMPANY TO FILE OPPOSITION TO
13     vs.                             ) RENO CAB COMPANY, INC. d/b/a RENO
                                       ) SPARKS CAB'S MOTION TO COMPEL
14 RENO CAB COMPANY, INC. d/b/a RENO-  ) AND EXTEND DISCOVERY PERIOD TO
   SPARKS CAB, a Nevada corporation, and ) TAKE DEPOSITIONS AND LIMITED
15 RICHARD L. WARNE, an individual,    ) DISCOVERY RE DEFENDANT WARNE'S
                                       ) SETTLEMENT [THIRD REQUEST]
16          Defendants.                ) (DKT. #67)
                                       )
17 ─────────────────────────────────   )
   RENO CAB COMPANY, INC. d/b/a RENO-  )
18 SPARKS CAB, a Nevada corporation, and )
   RICHARD L. WARNE, an individual,    )
19                                     )
          Counterclaimant,             )
20                                     )
       vs.                             )
21                                     )
   ATAIN SPECIALTY INSURANCE           )
22 COMPANY, a Michigan corporation,    )
                                       )
23          Counterdefendant.          )
                                       )
24                                     )
   ─────────────────────────────────
25

26     Plaintiff/Counter-Defendant ATAIN SPECIALTY INSURANCE COMPANY (Atain) and

27 Defendant RENO CAB COMPANY, INC. dba RENO SPARLS CAB (Reno Cab), by and

28 through their respective attorneys of record herein, hereby stipulate as follows:

                                       1

1.   On November 23, 2016, Reno Cab filed and served a Motion to Compel and Extend Discovery Period to Take Depositions and Limited Discovery Re Defendant Warne's Settlement [Third Request] (Dkt. 67) (hereinafter referred to as "Motion").

2.   The deadline for Atain to file and serve its Opposition to Reno Cab's Motion is Friday, December 9, 2016.

3.   Atain's counsel requires a short extension of time to file and serve Atain's Opposition to the Motion due to being out of the office for three days this week and not being able to file the Opposition by the current deadline.

4.   On December 5, 2016, Atain requested and Reno Cab graciously agree to extend the deadline to file an Opposition to the Motion through Tuesday, December 13, 2016.

**IT IS SO STIPULATED.**

Dated this 6th day of December, 2016.

MCKAY & NORDSTROM, PLLC                WHITEHEAD & WHITEHEAD

/s/ *Pamela McKay*                           /s/ *Jonathan J. Whitehead*

By: _____       By: _____
PAMELA A. MCKAY (SBN 7812)            JONATHAN J. WHITEHEAD (SBN 4415)
9320 Sun City Blvd., Suite 104           10389 Double R Blvd.
Las Vegas, NV 89134                   Reno, NV 89521
Attorneys for Plaintiff/Counter-Defendant    Attorneys for Defendant/Counter-Claimant
ATAIN SPECIALTY INSURANCE            RENO CAB COMPANY, INC.
COMPANY

GLOGOVAC & PINTAR

/s/ *Michael A. Pintar*

By: _____
MICHAEL A. PINTAR (SBN 3789)
427 W. Plumb Lane
Reno, NV 89509
Attorneys for Defendant/Counter-Claimant
RENO CAB COMPANY, INC.

**IT IS SO ORDERED.**

DATED:   December _8_, 2016                   _____
                                          U.S. MAGISTRATE JUDGE