Pamela A. McKay (SBN 7812)
**MCKAY LAW FIRM, CHTD.**
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Plaintiff/Counter-Defendant
ATAIN SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation<br><br>Plaintiff,<br><br>vs.<br><br>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>Defendants.<br><hr>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Counterdefendant. | CASE NO. 3:15-cv-00406-MMD-CBC<br><br>STIPULATION FOR EXTENSION OF TIME FOR ATAIN SPECIALTY INSURANCE COMPANY TO FILE RESPONSE TO RENO CAB COMPANY, INC. d/b/a RENO SPARKS CAB'S MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF ATAIN ON RENO CAB'S SECOND AND THIRD COUNTERCLAIMS FOR RELIEF (DKT. #159) AND ORDER THEREON |

Plaintiff/Counter-Defendant ATAIN SPECIALTY INSURANCE COMPANY (Atain) and Defendant RENO CAB COMPANY, INC. dba RENO SPARLS CAB (Reno Cab), by and through their respective attorneys of record herein, hereby stipulate as follows:

1

1. On October 10, 20, 2018, Reno Cab filed and served a Motion for Reconsideration of Order Granting Summary Judgment in Favor of Atain on Reno Cab's Second and Third Counterclaims for Relief (Doc. #159) [hereinafter referred to as "Motion"].

2. The deadline for Atain to file and serve its Response to Reno Cab's Motion is Wednesday, October 24, 2018.

3. Atain's counsel requires a short extension of time to file and serve Atain's Response to the Motion due to being out of the office on business for several days next week and the demands of her litigation schedule.

4. On October 19, 2018, Atain requested and Reno Cab graciously agreed to extend the deadline to file a Response to the Motion to Tuesday, October 30, 2018.

**IT IS SO STIPULATED.**

Dated this 22nd day of October, 2018.

| MCKAY LAW FIRM, CHTD. | WHITEHEAD & WHITEHEAD |
|---|---|
| /s/ Pamela McKay | /s/ Jonathan J. Whitehead |
| By: PAMELA A. MCKAY (SBN 7812)<br>9320 Sun City Blvd., Suite 104<br>Las Vegas, NV 89134<br>Attorneys for Plaintiff/Counter-Defendant<br>ATAIN SPECIALTY INSURANCE COMPANY | By: JONATHAN J. WHITEHEAD (SBN 4415)<br>10389 Double R Blvd.<br>Reno, NV 89521<br>Attorneys for Defendant/Counter-Claimant<br>RENO CAB COMPANY, INC. |

**IT IS SO ORDERED.**

Atain's Response to the Motion (Doc. 159) is due on or before October 30, 2018.

DATED: October 23, 2018

_____
UNITED STATES DISTRICT COURT JUDGE