JONATHAN J. WHITEHEAD (NSB 4415)
WHITEHEAD & WHITEHEAD
10389 Double R Boulevard
Reno, NV 89521
(775) 823-7700
(775) 823-7709 (fax)
jonathan@jjwhitehead.com

MICHAEL A. PINTAR (SBN 3789)
GLOGOVAC & PINTAR
427 West Plumb Lane
Reno, NV 89509
(775) 333-0400
(775) 333-0412
mpintar@gplawreno.net

Attorneys for Defendant/Counterclaimant Reno Cab Company, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation<br><br>Plaintiff,<br><br>vs.<br><br>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>Defendants.<br><br>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Counterdefendant. | CASE NO. 3:15-cv-00406-MMD-CBC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR RENO CAB COMPANY, INC TO FILE ITS REPLY TO ATAIN SPECIALITY INSURANCE COMPANY'S RESPONSE TO MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF ATAIN ON RENO CAB'S SECOND AND THIRD COUNTER-CLAIMS FOR RELIEF (ECF NO. 162) [FIRST REQUEST]** |

Defendant/Counterclaimant Reno Cab Company, Inc., d/b/a Reno-Sparks Cab ("Reno Cab"), by and through its undersigned counsel, and Plaintiff/Counter-Defendant Atain Specialty Insurance Company (Atain), by and through its undersigned counsel, stipulate as follows:

1. On October 10, 2018, Reno Cab filed a Motion for Reconsideration of Order Granting Partial Summary Judgment in Favor of Atain on Reno Cab's Second and Third Counter-Claim for Relief (ECF No. 159);

2. On October 22, 2018, the parties stipulated to a brief extension for Atain to file its opposition to the motion for reconsideration (ECF No. 160). The Court granted said request. (ECF No. 161);

3. On October 30, 2018, Atain filed its Response to Motion for Reconsideration of Order Granting Partial Summary Judgment in Favor of Atain on Reno Cab's Second and Third Counter-Claim for Relief (ECF No. 162);

4. The deadline for Reno Cab to file and serve its Reply to Atain's Response to Motion for Reconsideration of Order Granting Partial Summary Judgment in Favor of Atain on Reno Cab's Second and Third Counter-Claim for Relief is Tuesday, November 6, 2018;

5. Reno Cab's counsel requires a brief extension up and through Friday, November 9, 2018. Reno Cab requests the extension because:

    a. Attorney Michael Pintar, who prepared and filed the motion, is out of the country;

    b. Attorney Jonathan J. Whitehead was unable to prepare last week due to his busy calendar, including appearing at an arbitration on Friday, November 2, 2018 and other conflicts which existed before the existing deadline.

IT IS SO STIPULATED.

Dated this 5th day of November, 2018.

WHITEHEAD & WHITEHEAD

/s/ *Jonathan J. Whitehead*

Jonathan J. Whitehead (SBN 4415)
10389 Double R Blvd.
Reno, NV 89521
Attorneys for Reno Cab Company, Inc.

Dated this 5th day of November 2018.

MCKAY LAW FIRM CHTD.

/s/ *Pamela A. McKay*

Pamela A. McKay (SBN 7812)
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Attorneys for Atain Specialty Insurance Company

**IT IS SO ORDERED.**

DATED this  5th  day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

WHITEHEAD & WHITEHEAD
10389 DOUBLE R BLVD.
RENO, NV 89521
(775) 823-7700