Pamela A. McKay (SBN 7812)
**MCKAY LAW FIRM, CHTD.**
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Plaintiff/Counter-Defendant
ATAIN SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation<br><br>    Plaintiff,<br><br>vs.<br><br>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>    Defendants.<br>———————————————————<br>RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, a Nevada corporation, and RICHARD L. WARNE, an individual,<br><br>    Counterclaimant,<br><br>vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>    Counterdefendant. | CASE NO.  3:15-cv-00406-MMD-CBC<br><br><u>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON</u> |

///

///

///

///

Plaintiff/Counter-defendant, ATAIN SPECIALTY INSURANCE COMPANY, by and through its counsel of record, Pamela A. McKay of the McKay Law Firm, Chtd., and Defendant/Counter-claimant RENO CAB COMPANY, INC. d/b/a RENO-SPARKS CAB, by and through its counsel of record, Jonathan Whitehead of Whitehead and Whitehead, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to the Order on the parties' Stipulated Motion to Strike and Vacate the Order on the parties' Cross-Motions for Summary Judgment (Doc. #171) with each party to bear their respective attorney's fees and costs.

MCKAY LAW FIRM, CHTD.

Dated: February 5, 2019

By: /s/ *Pamela McKay*
PAMELA A. McKAY (SBN 7812)
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Attorneys for Plaintiff/Counter-Defendant
ATAIN SPECIALTY INSURANCE COMPANY

Dated: February 5, 2019

WHITEHEAD & WHITEHEAD

By: /s/ *Jonathan Whitehead*
JONATHAN J. WHITEHEAD (SBN 4415)
10389 Double R Blvd.
Reno, NV 89521
Attorneys for Defendant/Counter-Claimant
RENO CAB COMPANY, INC.

**IT IS SO ORDERED.**

DATED: February 5, 2019

_____
U.S. DISTRICT COURT JUDGE